

## CAUSE NO. 12-14-00314-CR
## CAUSE NO. 12-14-00315-CR
## CAUSE NO. 12-14-00317-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **DANIEL WAYNE MCLEMORE,** **DISTRICT COURT** **APPELLANT** | **}** | **APPEALED FROM 402ND** |
| **V.** | **}** | **IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | **}** | **WOOD COUNTY, TEXAS** |

### *PER CURIAM ORDER*

Appellant's counsel filed a combined brief in the above-styled and numbered cases. However, counsel did not identify any issues for appeal in cause numbers 12-14-00314-CR, 12-14-00315-CR and 12-14-00317-CR. Nor did counsel inform this court that the appeal in those cause numbers is frivolous. Therefore, the appeal in those three cause numbers has not been properly presented to the court. *See* TEX. R. APP. P. 38.9(b). Accordingly,

IT IS ORDERED that Appellant's counsel file an amended brief in cause numbers 12-14-00314-CR, 12-14-00315-CR and 12-14-00317-CR on or before **September 1, 2015.**

IT IS FURTHER ORDERED that the amended brief should identify and address the merits of all arguable issues on appeal or, alternatively, should comply with the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct, 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 12th day of August 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk